## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William Wilson                               CHAPTER 13
      Amanda Wilson
          Debtor(s)                          BKY. NO. 26-11150 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
09 Apr 2026, 12:49:40, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 3a15147095b4b8048fdd82da0170bcb2ca1434cd4fc30bee5ecce2cc7e0f92a5