**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Amanda Wilson<br>         William Wilson<br><br>                    Debtors | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>                    Moving Party<br>        vs. | NO. 26-11150 PMM |
| Amanda Wilson<br>William Wilson<br><br>                    Debtors | 11 U.S.C. Section 362 |
| Scott F. Waterman<br><br>                    Trustee | |

**ORDER**

AND NOW, this __26th__ day of __June_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge