UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    William Wilson
    Amanda Wilson

            Debtors

Chapter 13
Bankruptcy No.26-11150-PMM

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of June, 2026, by first class mail upon those listed below:

William Wilson
Amanda Wilson
15 Club Lane
Reading, PA  19607

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQUIRE
MENDELSON & MENDELSON PC
637 WALNUT STREET
READING, PA  19601

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee