IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| In re: WILLIAM WILSON | ) | |
| AMANDA WILSON | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | Case No.: 26-11150 (PMM) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM WILSON | ) | |
| AMANDA WILSON | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |
| _____ | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors in settlement of the Objection To Confirmation, and filed on or about July 24, 2026 in the above matter is APPROVED.

Dated: **July 28, 2026**

BY THE COURT:

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE