United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11150-pmm |
| William Wilson | Chapter 13 |
| Amanda Wilson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                 +   William Wilson, Amanda Wilson, 15 Club Lane, Reading, PA 19607-3302

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

**Name                         Email Address**

BRENNA HOPE MENDELSOHN
                on behalf of Joint Debtor Amanda Wilson tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
                on behalf of Debtor William Wilson tobykmendelsohn@comcast.net

MAGGIE S SOBOLESKI
                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4

User: admin

Page 2 of 2

Date Rcvd: Jul 28, 2026

Form ID: pdf900

Total Noticed: 1

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re: WILLIAM WILSON )
     AMANDA WILSON )
    **Debtor(s)** )    CHAPTER 13
 )
CREDIT ACCEPTANCE CORPORATION )    Case No.: 26-11150 (PMM)
    **Moving Party** )
 )
   v. )
 )
WILLIAM WILSON )
AMANDA WILSON )
    **Respondent(s)** )
 )
SCOTT F. WATERMAN )
    **Trustee** )
_____ )

## **ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation

and the Debtors in settlement of the Objection To Confirmation, and filed on or about

July 24, 2026 in the above matter is APPROVED.

Dated: **July 28, 2026**

        BY THE COURT:

        *Patricia M. Mayer*
        _____
        Hon. Patricia M. Mayer
        UNITED STATES BANKRUPTCY JUDGE