Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

William Wilson
Amanda Wilson
15 Club Lane
Reading, PA 19607

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11150-PMM**

Petition Filed Date: 03/20/2026
341 Hearing Date: 04/21/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2026 | $950.00 | | 05/26/2026 | $950.00 | | 07/02/2026 | $950.00 | |

**Total Receipts for the Period: $2,850.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,109.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,710.00 | $0.00 | $4,710.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,435.11 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,410.18 | $0.00 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORP<br>»» 004 | Secured Creditors | $12,496.59 | $600.00 | $0.00 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | US DEPT OF EDUCATION<br>»» 006 | Unsecured Creditors | $69,377.04 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $688.60 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $859.25 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $3,307.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC<br>»» 010 | Unsecured Creditors | $646.50 | $0.00 | $0.00 |
| 11 | UGI UTILITIES INC<br>»» 011 | Unsecured Creditors | $1,202.59 | $0.00 | $0.00 |
| 12 | HYUNDAI CAPITAL AMERICA dba KIA FINANCE AMERICA<br>»» 012 | Secured Creditors | $33,402.20 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $1,016.29 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11150-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $1,575.61 | $0.00 | $0.00 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 15A | Mortgage Arrears | $12,106.22 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $636.29 | $0.00 | $0.00 |
| 17 | PENNYMAC LOAN SERVICES LLC<br>»» 15B | Mortgage Arrears | $4,410.73 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,109.00 | Current Monthly Payment: | $1,259.00 |
| Paid to Claims: | $600.00 | Arrearages: | $1,259.00 |
| Paid to Trustee: | $316.39 | Total Plan Base: | $74,613.00 |
| Funds on Hand: | $3,192.61 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.