United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11150-pmm
William Wilson Chapter 13
Amanda Wilson
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Sep 24, 2026 Form ID: 155 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Wilson, Amanda Wilson, 15 Club Lane, Reading, PA 19607-3302 |
| 15118046 | + | AArons, LLC, 3411 N. 5th St. Highway, Reading, PA 19605-3503 |
| 15131548 | + | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Highway #200, Cherry Hill, NJ 08034-1925 |
| 15118058 | + | EZ Pass, PO Box 1518, Albany, NY 12201-1518 |
| 15118061 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 15118069 | + | Tower Health, PO Box 70894, Philadelphia, PA 19176-5894 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15118047 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 25 2026 02:30:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15118048 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 25 2026 02:17:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15118049 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2026 02:29:44 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15118051 | + | Email/Text: Claims@cri.studentaid.gov | Sep 25 2026 02:17:00 | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 15118054 | + | Email/Text: bankruptcy@credencerm.com | Sep 25 2026 02:18:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 15118055 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 25 2026 02:17:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15118056 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2026 02:29:43 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15118057 | + | Email/Text: mrdiscen@discover.com | Sep 25 2026 02:17:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15135964 | ^ | MEBN | Sep 25 2026 02:16:02 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 15118059 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2026 02:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15139882 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 25 2026 02:17:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15118060 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 25 2026 02:17:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |

| | | | | |
|---|---|---|---|---|
| 15118063 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 02:29:44 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15119422 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 02:29:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15118062 | + | Email/Text: bankruptcy@lmminc.com | Sep 25 2026 02:17:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy Dept, 1401 N Central Expressway, Suite 225, Richardson, TX 75080-4456 |
| 15130401 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2026 02:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15126604 | + | Email/PDF: cbp@omf.com | Sep 25 2026 02:29:43 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15127509 | ^ | MEBN | Sep 25 2026 02:16:01 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15146758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 02:29:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15118064 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2026 02:29:45 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15141482 | + | Email/PDF: ebnotices@pnmac.com | Sep 25 2026 02:29:45 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15135852 | | Email/Text: bnc-quantum@quantum3group.com | Sep 25 2026 02:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15118067 | + | Email/Text: bankruptcy@sw-credit.com | Sep 25 2026 02:17:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15118066 | + | Email/PDF: cbp@omf.com | Sep 25 2026 02:29:50 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15118068 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2026 02:29:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15128568 | + | Email/Text: Claims@cri.studentaid.gov | Sep 25 2026 02:17:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 15135922 | | Email/Text: bkrcy@ugi.com | Sep 25 2026 02:18:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612-3009 |
| 15118065 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 25 2026 02:29:51 | Secretary of Housing and Urban Develop., 100 East Penn Square, Philadelphia, PA 19107 |
| 15118563 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 25 2026 02:29:51 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15118050 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15118053 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 15118052 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Amanda Wilson tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor William Wilson tobykmendelsohn@comcast.net |
| MAGGIE S SOBOLESKI | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| William Wilson | ) | Case No. 26−11150−pmm |
| | ) | |
| | ) | |
| Amanda Wilson | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 24, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court